IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| QUE GERARDO ORTIZ | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv416 |
| BUREAU OF PRISONS | § | |

<u>MEMORANDUM OPINION AND ORDER</u>

Plaintiff Que Gerardo Ortiz, proceeding *pro se*, filed the above-styled lawsuit. Plaintiff has filed a motion asking that his lawsuit be voluntarily dismissed. Plaintiff is entitled to dismiss his lawsuit prior to the service of adverse parties.

<u>O R D E R</u>

For the foregoing reasons, plaintiff's motion for voluntary dismissal is hereby **GRANTED**. A Final Judgment shall be entered dismissing this action pursuant to Fed. R. Civ. P. 41(a).

**SIGNED** this the **22** day of **August, 2007.**

_____
Thad Heartfield
United States District Judge